IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID DUANE DUNIGAN, #00638012 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv67 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**ORDER OF DISMISSAL**

This case was referred to a United States Magistrate Judge. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Petitioner filed objections.

After reviewing the Report and Recommendation and conducting a *de novo* review of Petitioner's objections, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 4th day of April, 2016.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE